IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALLSTATE INSURANCE COMPANY** | : | **CIVIL ACTION** |
| **a/k/a NICHOLAS AND SUZANNE** | : | |
| **CATRAMBONE (H/W)** | : | |
| | : | |
| **v.** | : | **No. 15-5960** |
| | : | |
| **GENERAL MOTORS, LLC and** | : | |
| **SAAB CARS USA, INC.** | : | |

## ORDER

**NOW**, this 14th day of September, 2016, upon consideration of the Petition to Intervene (Document No. 26), it is **ORDERED** that the petition is **GRANTED**.

**IT IS FURTHER ORDERED** that, no later than **October 21, 2016**, the parties shall conclude fact discovery limited to the Catrambones' claim for unreimbursed losses.[1]

          /s/ Timothy J. Savage
          TIMOTHY J. SAVAGE, J.

---

[1] Notwithstanding this Order, the parties may agree to conduct discovery beyond the deadlines set forth in the Scheduling Order, as amended by this Order, provided any other deadlines in the Scheduling Order are not affected.